# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00354-CR

**John Stanton Beasley, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 70323, HONORABLE FANCY H. JEZEK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant John Stanton Beasley, Jr., has filed a motion to dismiss his appeal in the above cause. In the motion, Beasley represents that, pursuant to the terms of a plea-bargain agreement reached with the State in a separate cause, Beasley has agreed to dismiss the appeal in this cause in exchange for an agreed sentence in the other cause. The motion to dismiss has been signed by both Beasley and his appointed counsel. *See* Tex. R. App. P. 42.2(a). Accordingly, we grant the motion and dismiss the appeal.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Field

Dismissed on Appellant's Motion

Filed: July 10, 2013

Do Not Publish